**18-cv-62690-WPD-SNOW**

## United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED BY _____ D.C.

NOV - 5 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | |
|---|---|
| CRAIG CUNNINGHAM | § |
| | § Civil Action No. 4:18-CV-161 |
| | § (Judge Mazzant/Judge Nowak) |
| v. | § |
| | § |
| GREENSTAR CAPITAL SOLUTIONS, LLC | § |

### FINAL DEFAULT JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of United States Magistrate Judge filed in this matter, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that, pursuant to Rule 55(b)(2), judgment by default should be entered against Defendant Greenstar Capital Solutions, LLC ("Defendant"), and in favor of Plaintiff Craig Cunningham, based on the following:

1. Plaintiff Craig Cunningham has certified to personal jurisdiction and service of process, and that Defendant is not an infant, incompetent person or in active military service of the United States of America.

2. Defendant, having been duly served, has failed to appear, answer, plead or otherwise defend this action.

3. The Clerk's default of Defendant was entered on June 5, 2018.

4. Defendant is liable to Plaintiff for the sum of $23,500.00 in statutory damages as a result of Defendant's violations of 47 U.S.C. § 227(b).



A TRUE COPY I CERTIFY
DAVID A O'TOOLE, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

By: ___*Richard Charlton*___

Accordingly, judgment is hereby entered against Defendant, and in favor of Plaintiff Craig Cunningham in the amount of $23,500.00 in statutory damages.

All relief not previously granted is hereby denied.

This matter is closed on the Court's docket.

**IT IS SO ORDERED.**

**SIGNED this 24th day of September, 2018.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
Southern District of Florida

CRAIG CUNNINGHAM, Pro-se            )
                                    )
    *Plaintiff*                         )
                                    )   CIVIL ACTION NO.:
v.                                  )                                    )
                                    )
GREENSTAR CAPITAL SOLUTIONS, LLC

    *Defendants.*

### Plaintiff's Request to Domesticate a foreign Judgment

1. To the Clerk

2. Please domesticate this judgment in your district. Enclosed is a certified copy of the judgment and a money order for $47 and return a file stamped copy to the address below.

*Craig Cunningham*
Plaintiff,

3000 Custer Road, ste 270-206 Plano, Tx 75075, 615-348-1977 11/1/2018

Craig Cunningham
5543 Edmondson Pike Ste 248
Nashville, TN 37211

US District Court
299 East Broward Blvd
Fort LauderDale, FL 33301

N TEXAS
DALLAS, TX
01 NOV '18
PM 4 L

33301-192233

green